UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MEDINA ZAMORA,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DISTRICT COURT EASTERN DISTRICT OF CA,<br><br>    Respondent. | Case No. 19-cv-00967-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges his federal detention in Yuba County, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of confinement. 28 U.S.C. §§ 1404(a), 2241(d).

The Court notes that the basis for petitioner's federal detention is a state court conviction obtained in the San Joaquin County Superior Court, which lies in the Eastern District. Any federal challenges to the validity of that conviction must be brought in the Eastern District, as that is the district of conviction.

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 22, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MEDINA ZAMORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DISTRICT COURT EASTERN DISTRICT OF CA,<br><br>　　　　Defendant. | Case No. 19-cv-00967-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armando Medina Zamora ID: 154316
Yuba County Sheriff's Department
P.O. Box 1031
Marysville, CA 95901

Dated: March 22, 2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Karen L. Hom
　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO